# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUI WON CHONG,<br><br>                              Petitioner,<br>      vs.<br>ALBERTO GONZALES, Attorney General,<br>                             Respondent. | Civil No.   06-2443 LAB (WMc)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** |

      Petitioner, a detainee in the custody of the Department of Homeland Security proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner has not paid the $5.00 filing fee and has not filed a request to proceed in forma pauperis. A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis. *See* Local Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this action he must submit a copy of this Order with the requisite $5.00 fee or adequate proof he cannot pay the fee **no later than January 12, 2007**.

      **THE CLERK OF THE COURT IS DIRECTED TO MAIL PETITIONER A BLANK MOTION TO PROCEED IN FORMA PAUPERIS.**

      **IT IS SO ORDERED.**

DATED: November 29, 2006

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge